Lacy L. Brown, appellee, v. Lena E. Smith and Fred A. Smith, appellants. Gen. No. 8,851.

Opinion filed January 14, 1935.

Robert H. Allison and James P. St. Cerny, for appellants; William A. Potts, of counsel. C. I. Martin, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

Gertrude B. Chism, as executrix of the estate of Walter P. Chism, deceased, appellant, v. Buske Lines, Inc., and William H. Meyer, appellees. Gen. No. 8,859.

Opinion filed January 14, 1935.

Costigan & Wollrab and Dryer & Brown, for appellant. Hill & Bullington and Gillespie, Burke & Gillespie, for appellees.

Mr. Justice Allaben delivered the opinion of the court.

In re Estate of Mary C. Williams, deceased. Cecil Hirsch et al., appellants, v. Elinor M. French, administratrix, etc., et al., appellees. Gen. No. 8,862.

Opinion filed January 14, 1935.

Louis L. Williams and E. B. Hawk, for appellants. Morrissey & Morrissey, for appellees; John J. Morrissey, of counsel.

Mr. Justice Allaben delivered the opinion of the court.

John Deere Plow Company of Moline, appellant, v. R. H. Coorts and Thomas A. Scully, appellees. Gen. No. 8,865.

Opinion filed January 14, 1935.

H. W. Pike and Barry & Barry, for appellant. Trapp & Trapp, for appellees.

Mr. Justice Allaben delivered the opinion of the court.